**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-36570-LMI**

☐ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alan Cuadra                           CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-5497           Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __410.18__ for months __1__ to __60__ ;
    B.    $_____ for months _____ to _____ ;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                    TOTAL PAID    $2,300.00
                    Balance Due    $ 1,950.00 payable $ 162.50 month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a_____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months ____ to ____)
           _____    Arrears Payment $_____/month (Months ____ to ____)
           _____    Regular Payment $_____/month (Months ____ to ____)

2. _____    Arrears Payment $_____
    _____    Arrears Payment $_____/month (Months ____ to ____)
    _____    Regular Payment $_____/month (Months ____ to ____)
                                    Arrears Payment $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| WAMU/Chase Home Finance, LLC<br>Loan No. xxxxx1576<br>Prop Add: 5419 SW 128th Ct<br>Miami, FL 33175 | Homestead Property<br>$96,640.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____    Total Due $_____
                                Payable $_____/month (Months ____ to ____)

Unsecured Creditors: Pay $ __206.67__ month (Months __1__ to __12__). Pay $369.17/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Citi Mortgage (Loan#xxxx6644) and Suntrust Bank (Loan#xxxxxxMD21061) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor
Date: 01/05/12